# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154326

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DIANE FERGUSON,
      Defendant-Appellant.

SC: 154326
COA: 326725
St Clair CC: 14-001045-FH;
                  14-001046-FH

_____/

On order of the Court, the application for leave to appeal the July 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



s0717

Clerk